# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| JANIE SANFORD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 3:22-cv-00399 |
| ) | |
| KEVIN PALLA, ) | JUDGE CAMPBELL |
| ) | MAGISTRATE JUDGE NEWBERN |
| Defendant. ) | |

## ORDER

The parties have jointly filed a Stipulation of Dismissal (Doc. No. 48) stating that, pursuant to their settlement agreement, they stipulate to dismiss this action, with prejudice, under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Accordingly, pursuant to the parties' joint stipulation, this action is hereby **DISMISSED** without prejudice. The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE